**Sheehan & Associates, P.C.**  505 Northern Blvd Ste 311, Great Neck NY 11021–5101
tel. 516.303.0552    fax 516.234.7800
spencer@spencersheehan.com

February 20, 2020

Chief Judge Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   1:19-cv-05622-RRM-RLM
        Nelson v. Doordash, Inc.

Dear Chief Judge Mauskopf:

This office represents the plaintiff. In accordance with your Honor's Individual Rules, plaintiff and defendant request an extension of the date by which defendant is required to answer or respond to the complaint.

The original date by which defendant is required to answer or respond is Monday, February 24, 2020. There have been no prior requests for an extension of time to respond beyond this date. The reason for this request is because the parties have agreed to resolve this matter, are circulating necessary paperwork and intend to dismiss this case within 45 days. Defendant consents to this request. This request is made on 48 hours notice. This request does not affect any other scheduled dates. Thank you.

Respectfully submitted,

 /s/Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on February 20, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan