United States District Court
Eastern District of New York1:19-cv-05622-RRM-RLM

| |
|---|
| Melissa Nelson, individually and on behalf of all others similarly situated, |
| Plaintiff, |
| - against - |
| Doordash, Inc., |
| Defendant |

Notice of Voluntary Dismissal

Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   March 18, 2020

Respectfully submitted,

Sheehan & Associates, P.C.

/s/Spencer Sheehan
Spencer Sheehan
505 Northern Blvd Ste 311
Great Neck NY 11021-5101
Tel: (516) 303-0552
Fax: (516) 234-7800
spencer@spencersheehan.com
E.D.N.Y. # SS-8533
S.D.N.Y. # SS-2056

1:19-cv-05622-RRM-RLM
United States District Court
Eastern District of New York

Melissa Nelson, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

Doordash, Inc.,

Defendant

Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
 505 Northern Blvd Ste 311
  Great Neck NY 11021-5101
     Tel: (516) 303-0552
     Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  March 18, 2020

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on March 18, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ |

/s/ Spencer Sheehan
Spencer Sheehan